PER CURIAM.
Defendant appeals his convictions for sexual battery, kidnapping, burglary, and robbery. We conclude that the evidence of other similar acts was properly admitted. § 90.404(2)(a), Fla.Stat.(1987); Bryan v. State, 533 So.2d 744 (Fla.1988), cert. denied, — U.S. -, 109 S.Ct. 1765, 104 L.Ed.2d 200 (1989); Williams v. State, 110 So.2d 654 (Fla.), cert. denied, 361 U.S. 847, 80 S.Ct. 102, 4 L.Ed.2d 86 (1959). No reversible error is shown in defendant’s second point on appeal.
Affirmed.